IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1460-WYD-CBS

TRACY BALLOG,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF DEPUTY LILIANA CANO;
ADAMS COUNTY SHERIFF DEPUTY MICHAEL CANO;
ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the Parties' Joint Stipulation to Dismiss All Claims (ECF No. 20), filed on December 29, 2015.  The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs. The Plaintiff voluntarily dismisses the action against the Defendants with prejudice.  Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against all Defendants.  The Clerk of the Court is directed to close this case.

Dated: January 12, 2016.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge